# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JESSE GULLEY, | ) | CASE NO. 5:22-CV-2217 |
| | ) | |
| Petitioner, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| WARDEN JENNIFER GILLECE BLACK | ) | OPINION AND ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

*Pro se* Petitioner Jesse Gulley has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1). Gulley challenges his 2006 criminal conviction in the Stark County Court of Common Pleas, case number 2005CR0745 ("Criminal Case").

In 2009, Gulley filed a § 2254 petition in this Court, in which he challenged his conviction in the Criminal Case. The Court denied the petition and dismissed the action. See *Gulley v. Hall,* No. 5:09cv441, 2010 U.S. Dist. LEXIS 35007 (N.D. Ohio Apr. 9, 2010).

Title 28 U.S.C. § 2244(b)(3)(A) provides that before a second or successive habeas corpus application under § 2254 is filed in district court, the applicant must move in the appropriate court of appeals for an order authorizing the district court to consider the application. *Keith v. Bobby,* 618 F.3d 594, 599-600 (6th Cir. 2010). When a second or successive § 2254 petition is filed in the Northern District of Ohio without authorization by the Sixth Circuit Court of Appeals, the district court must transfer the petition to the Sixth Circuit. *See In re Sims,* 111 F.3d 45, 47 (6th Cir. 1997).

1

This § 2254 petition is the second or successive petition filed by Gulley in which he challenges his 2006 conviction in the Criminal Case. Accordingly, pursuant to 28 U.S.C. § 1631 and *In re Sims,* 111 F.3d 45 (1997), this action is hereby transferred to the United States Court of Appeals for the Sixth Circuit for further proceedings.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s Christopher A. Boyko
　　　　　　　　　　　　　　　　　　　　　　**CHRISTOPHER A. BOYKO**
　　　　　　　　　　　　　　　　　　　　　　**Senior United States District Judge**

**Dated: February 28, 2023**